IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | § § § § § | MDL Docket No. 3:11-MD-2244-K |
| ------------------------------------------------------- | § § | |
| This Document Relates to: | § § | |
| *Blalock v. DePuy Orthopaedics, Inc., et al.* Case No. 3:12-cv-00423-K | § § | |
| ------------------------------------------------------- | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The parties did not file objections to the Report and Recommendation of the Special Master, and therefore after making the required review, the Court finds that the Report and Recommendation of the Special Master is correct, and is adopted as the findings and conclusions of the Court. Therefore, the Court **ORDERS** that:

1. The Court **GRANTS** the Motion for Leave to File Substituted Brief and permit DePuy to substitute its previously-filed briefs with the Defendant's Memorandum in Opposition to Plaintiffs' Motion to Remand [Docs. 46-1 and 46-2] attached as exhibits to the Motion for Leave;

2. The Court **GRANTS** the request by Plaintiffs to file a substitute reply brief by October 4, 2012, that does not exceed 10 pages; and

3.  The Court **GRANTS** the request by DePuy to file a sur-reply addressing the *Shelton* case by October 11, 2012, that does not exceed 5 pages.

SO ORDERED.

Signed: September 28, 2012.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE